IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | Case No. DNCW3:15CR00099-002 |
| | ) | (Financial Litigation Unit) |
| KEIA JAVON GARNETT | ) | |

**ORDER**

Upon consideration of the United States' motion for an order that funds held by the Charlotte Mecklenburg Police Department be applied to restitution in this case,

IT IS HEREBY ORDERED that Charlotte Mecklenburg Police Department shall convey the $755.00, CMPD case number 20141125120405 , to the Office of the United States District Clerk of Court for the Western District of North Carolina, 401 West Trade Street, Charlotte, North Carolina 28202, in satisfaction of the restitution and special assessment imposed by the criminal judgment in this matter.

Signed: September 20, 2016

Max O. Cogburn Jr.
United States District Judge